# United States District Court
## Northern District of Illinois
### Eastern Division

Rochell Mitchell, et al,   ( Plaintiffs)   **JUDGMENT IN A CIVIL CASE**

v.   Case Number: 10 C 6847

JCG Industries, Inc., et al,
                    (Defendants)

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that **final Judgment on the entire Complaint is entered in favor of Defendants, JCG Industries, Inc., et al and against the Plaintiffs, Rochell Mitchell, et al.**


Thomas G. Bruton, Clerk of Court

Date: 4/29/2013

/s/ Theresa B. Kinney, Deputy Clerk